THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 BOOST a/k/a
 Business Owners Organized to Save Tourism and Bart Viers, Petitioners,
 v.
 City of Myrtle
 Beach, Respondent.
 
 
 

ORIGINAL JURISDICTION

Memorandum Opinion No.  2010-MO-015
 Heard February 3, 2010 - Filed June 8,
2010

JUDGMENT FOR PETITIONER VIERS

 
 
 
 J.
 Todd  Kincannon, of Kincannon & Associates, of Columbia and Thaddaeus Viers,
 of Coastal Law, of Myrtle Beach, for Petitioners.
 Michael
 W. Battle, of Battle, Vaught & Howe, of Conway, for Respondent.
 
 
 

JUSTICE
 PLEICONES:  We grant judgment for Petitioner Bart Viers[1] pursuant to Rule 220, SCACR and the
 opinion in George Jensen Aakjer v. City of Myrtle Beach, Op. No. 26825
 (S.C. Sup. Ct. filed June 8, 2010 ).
 JUDGMENT
 FOR PETITIONER.
 TOAL,
 C.J., BEATTY, KITTREDGE and HEARN, JJ., concur.

[1] Petitioners did not contest Respondent's assertion that BOOST does not have
 standing in this action.